| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CABN 44332)<br>   United States Attorney | **FILED** |
| 2 | OCT 2 7 2009 |
| 3  BRIAN STRETCH (CABN 163973)<br>   Chief, Criminal Division | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 4  DARYL T. EREMIN (TXBN 24012593)<br>   Special Assistant United States Attorney | |

  5     450 Golden Gate Avenue
        San Francisco, California 94102
  6     Telephone: (415) 522-6031
        Facsimile: (415) 436-7234
  7     E-Mail: Daryl.Eremin@usdoj.gov

  8  Attorneys for the United States

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                             SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 09-1011 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER AND |
| | ) | STIPULATION EXCLUDING TIME |
| RAFAEL CARBAJAL-AYALA, | ) | FROM OCTOBER 21, 2009, TO |
| a/k/a Jesus Torres-Aguilar and | ) | OCTOBER 30, 2009 |
| a/k/a Raful Gomez-Lopez, | ) | |
| | ) | |
| Defendant. | ) | |

The parties appeared before the Honorable Elizabeth D. Laporte on October 21, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 21, 2009, to October 30, 2009, in light of the need for defendant's counsel to review discovery and to conduct further investigation. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-1011 SI

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 21, 2009, to October 30, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 21, 2009, to October 30, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 22, 2009

/s/
GEOFFREY HANSEN
Counsel for Rafael Carbajal-Ayala

DATED: October 22, 2009

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: Oct 27, 2009

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-1011 SI                               2